IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PHILIP HATTABAUGH** )<br>)<br>  **Plaintiff** )<br>)<br>v. )<br>)<br>**TMS INTERNATIONAL, LLC** )<br>)<br>  **Defendant** ) | Civil Action No. 2:20-cv-801 |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL WITH PREJUDICE

For the reasons set forth in the accompanying memorandum in support filed contemporaneously herewith, Plaintiff Philip Hattabaugh and Defendant TMS International, LLC respectfully request that the Court approve the FLSA settlement reached by the Parties attached hereto as Exhibit 1, dismiss the matter with prejudice, and retain jurisdiction over the matter for purposes of enforcing the settlement. The Parties request that the Court enter the attached Proposed Order.

Respectfully submitted,

**PLAINTIFF PHILIP HATTABAUGH**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com
*Admitted PHV*

    **and** **DEFENDANT TMS INTERNATIONAL, LLC**

    BUCHANAN INGERSOLL & ROONEY PC
    Union Trust Building
    501 Grant Street, Suite 200
    Pittsburgh, PA 15219-4413
    Phone: 412-562-8800
    Facsimile: 412-562-1041

    Christian Antkowiak
    (PA 209231)
    christian.antkowiak@bipc.com

    */s/ Katelyn O'Connor*
    Katelyn O'Connor
    (PA 308922)
    katelyn.oconnor@bipc.com


## **CERTIFICATE OF SERVICE**

 I certify that on this 27th day of December, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification to the following attorney(s) of record:

 Christian Antkowiak
 christian.antkowiak@bipc.com
 Katelyn O'Connor
 katelyn.oconnor@bipc.com
 BUCHANAN INGERSOLL & ROONEY PC
 Union Trust Building
 501 Grant Street, Suite 200
 Pittsburgh, PA 15219-4413

    */s/ Josh Sanford*
    Josh Sanford